IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KAI YIN, A97 607 119; and<br>MONILA REHEMAN, A97 607 120, | )<br>)<br>) | 4:06CV3147 |
| Plaintiffs, | )<br>) | |
| vs. | )<br>) | **JUDGMENT** |
| ALBERTO GONZALES, Attorney<br>General of the United States;<br>MICHAEL CHERTOFF, Secretary,<br>Department of Homeland Security;<br>DR. STEVEN BUCHER, Acting<br>Director, U.S. Citizenship and<br>Immigration Services; and<br>GREGORY W. CHRISTIAN, Acting<br>Director, Nebraska Service Center,<br>U.S. Citizenship and Immigration<br> Services; | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | |
| Defendants. | )<br>) | |

    This case is before the court on Plaintiff's motion for dismissal (filing 11), filed before the service by Defendant of an answer or a motion for summary judgment. This case may be dismissed pursuant to Fed. R. Civ. P. 41(a).

    IT IS ORDERED that judgment is entered dismissing this action without prejudice pursuant to Fed. R. Civ. P. 41(a), each party to bear its own costs.

October 6, 2006                    BY THE COURT:

                                         *s/Richard G. Kopf*
                                         United States District Judge